THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS DeLEEN, Appellant.

Argued March 8, 1943; decided April 15, 1943.

*Jacob Zelenko* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Irving Galt, James Amadei* and *Conrad A. Johnson* of counsel) for respondent.

*Per Curiam.* Under section 203 of the Correction Law, the court had power to impose upon appellant an indeterminate sentence of confinement in the penitentiary. Such a penitentiary sentence was, however, the limit of the punishment that could be meted out to the offender. He could not, in addition thereto, be ordered to pay a fine.

The judgments should be reversed and the matter remitted to the Court of Special Sessions, for the imposition on appellant of a lawful sentence.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgments reversed, etc.